# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147125(117)(123)

WILLIAM G. BAIRD,
            Plaintiff-Appellee,

and

SAFECO INSURANCE COMPANY OF
AMERICA and NORTHLAND INSURANCE
COMPANY,
            Intervening Plaintiffs-Appellees,        SC: 147125
v                                                    COA: 299975
                                                     WCAC: 08-000028
AKA TRUCKING, INC.,
            Defendant-Appellee,

and

TRAVELERS INSURANCE COMPANY,
            Defendant-Appellant.
_____/

       On order of the Chief Justice, the motion of defendant-appellant to dismiss the motion for reconsideration is GRANTED.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2013



Clerk